# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-159** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MARILYN RODRIGUEZ-WILSON** | : | |

## **O R D E R**

AND NOW, this 16th day of June, 2008, upon consideration of the motion (Doc. 109) to amend defendant's name, and noting the government's concurrence therein, it is hereby ORDERED that the U.S. Marshal's Office and the prison system change their records to reflect that defendant's name is Marilyn Rodriguez-Wilson.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge